NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRESERVATION WELLNESS TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

**v.**

**ALLSCRIPTS HEALTHCARE SOLUTIONS INC, EPIC SYSTEMS CORPORATION, NEXTGEN HEALTHCARE INFORMATION SYSTEMS LLC,**
*Defendants-Appellees*

---

2016-2193, 2016-2194, 2016-2195

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:15-cv-01559-WCB, 2:15-cv-01561-WCB, 2:15-cv-01562-WCB, Circuit Judge William C. Bryson.

---

**JUDGMENT**

---

NICOLE DOMINIQUE GALLI, Law Offices of N.D. Galli LLC, Philadelphia, PA, argued for plaintiff-appellant.

MICHAEL TIMOTHY RENAUD, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC, Boston, MA, argued for all defendants-appellees. Defendant-appellee Nextgen

Healthcare Information Systems LLC also represented by SANDRA BADIN, MICHAEL NEWMAN, JAMES M. WODARSKI.

BRIAN DOUGLAS SIFF, Duane Morris LLP, New York, NY, for defendant-appellee Allscripts Healthcare Solutions Inc. Also represented by ASHLEY TAYLOR CORBIT, HARNAIK S. KAHLON, Riley Safer Holmes & Cancila, Chicago, IL.

ANTHONY ALLEN TOMASELLI, Quarles & Brady, LLP, Madison, WI, for defendant-appellee Epic Systems Corporation. Also represented by CARLY LEVIN, KRISTIN GRAHAM NOEL, MARTHA JAHN SNYDER; LOUIS A. KLAPP, Chicago, IL

───────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 12, 2017 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |